Sean Betouliere (SBN 308645)
Shawna L. Parks (SBN 208301)
Rosa Lee Bichell (SBN 331530)
**DISABILITY RIGHTS ADVOCATES**
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Tel: (510) 665-8644
Fax: (510) 665-8511
Emails: sbetouliere@dralegal.org
       sparks@dralegal.org
       rbichell@dralegal.org

Frederick P. Nisen (SBN 184089)
Karie Lew (SBN 234666)
**DISABILITY RIGHTS CALIFORNIA**
1831 K Street
Sacramento, CA 95811-4114
Tel: (916) 504-5800
Fax: (916) 504-5801
Emails: fred.nisen@disabilityrightsca.org
       karie.lew@disabilityrightsca.org

Eve Hill (SBN 202178)
Neel Lalchandani (SBN 310480)
Lauren J. Kelleher*
**BROWN, GOLDSTEIN & LEVY LLP**
120 East Baltimore Street, Suite 2500
Baltimore, MD 21202-1633
Tel: (410) 962-1030
Fax: (410) 385-0869
Emails: ehill@browngold.com
       nkl@browngold.com
       lkelleher@browngold.com

Attorneys for Plaintiffs (continued on next page)
**Pro Hac Vice* Application Forthcoming

# THE UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COUNCIL OF THE BLIND, NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, CHRISTOPHER GRAY, RUSSELL RAWLINGS, and VITA ZAVOLI,<br><br>    Plaintiffs,<br><br>v.<br><br>SHIRLEY N. WEBER, in her official capacity as California Secretary of State,<br><br>    Defendant. | **Case No. 3:24-CV-1447**<br><br>**PLAINTIFFS' CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Melinda Bird (SBN 102236)
**DISABILITY RIGHTS CALIFORNIA**
350 S Bixel Street, Suite 290
Los Angeles, CA 90017-1418
Tel: (213) 213-8105
Fax: (213) 213-8001
Email: melinda.bird@disabilityrightsca.org

Andrea Rodriguez (SBN 290169)
Paul R. Spencer (SBN 292767)
**DISABILITY RIGHTS CALIFORNIA**
530 B Street, Suite 400
San Diego, CA 92101-4426
Tel: (619) 239-7861
Fax: (619) 239-7906
Emails: andrea.rodriguez@disabilityrightsca.org
　　　　paul.spencer@disabilityrightsca.org

Attorneys for Plaintiffs (continued from previous page)

**TO THE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:**

The undersigned is counsel of record for Plaintiffs California Council of the Blind, National Federation of the Blind of California, Christopher Gray, Russell Rawlings, and Vita Zavoli and hereby submits the following disclosure statement pursuant to Civil Local Rules 3-15: Pursuant to Civil L.R. 3-15, the undersigned certifies that as to this date, there is no conflict or interest (other than the named parties) to report.

DATED: March 8, 2024                    Respectfully submitted,

                                        DISABILITY RIGHTS ADVOCATES

                                      */s/ Sean Betouliere*
                                      Sean Betouliere (SBN 308645)
                                      Shawna L. Parks (SBN 208301)
                                      Rosa Lee Bichell (SBN 331530)
                                      **DISABILITY RIGHTS ADVOCATES**
                                      2001 Center Street, Third Floor
                                      Berkeley, California 94704-1204
                                      Tel:    (510) 665-8644
                                      Fax:    (510) 665-8511
                                      Emails: sbetouliere@dralegal.org
                                                   sparks@dralegal.org
                                                   rbichell@dralegal.org

                                      DISABILITY RIGHTS CALIFORNIA

                                      */s/ Frederick P. Nisen*
                                      Frederick P. Nisen (SBN 184089)
                                      Karie Lew (SBN 234666)
                                      **DISABILITY RIGHTS CALIFORNIA**
                                      1831 K Street
                                      Sacramento, CA 95811-4114
                                      Tel: (916) 504-5800
                                      Fax: (916) 504-5801
                                      Emails: fred.nisen@disabilityrightsca.org
                                                   karie.lew@disabilityrightsca.org

                                      Melinda Bird (SBN 102236)
                                      **DISABILITY RIGHTS CALIFORNIA**
                                      350 S Bixel Street, Suite 290
                                      Los Angeles, CA 90017-1418

Tel: (213) 213-8105
Fax: (213) 213-8001
Email: melinda.bird@disabilityrightsca.org

Andrea Rodriguez (SBN 290169)
Paul R. Spencer (SBN 292767)
**DISABILITY RIGHTS CALIFORNIA**
530 B Street, Suite 400
San Diego, CA 92101-4426
Tel: (619) 239-7861
Fax: (619) 239-7906
Emails: andrea.rodriguez@disabilityrightsca.org
           paul.spencer@disabilityrightsca.org
BROWN, GOLDSTEIN & LEVY LLP

*/s/ Eve Hill*
Eve Hill (SBN 202178)
Neel Lalchandani (SBN 310480)
Lauren J. Kelleher*
**BROWN, GOLDSTEIN & LEVY LLP**
120 East Baltimore Street, Suite 2500
Baltimore, MD 21202-1633
Tel: (410) 962-1030
Fax: (410) 385-0869
Emails: ehill@browngold.com
           nkl@browngold.com
           lkelleher@browngold.com
**\*** *Pro Hac Vice* Application Forthcoming

Attorneys for Plaintiffs

---

*Cal. Council of the Blind, et al. v. Weber*, **Case No. 3:24-CV-1447**
**Plaintiffs' Certification of Conflicts and Interested Parties**                                                                 3