Sean Betouliere (SBN 308645)
Shawna L. Parks (SBN 208301)
Rosa Lee Bichell (SBN 331530)
**DISABILITY RIGHTS ADVOCATES**
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Tel: (510) 665-8644
Fax: (510) 665-8511
Emails: sbetouliere@dralegal.org
sparks@dralegal.org
rbichell@dralegal.org

Eve Hill (SBN 202178)
Neel Lalchandani (SBN 310480)
Lauren J. Kelleher*
**BROWN, GOLDSTEIN & LEVY LLP**
120 East Baltimore Street, Suite 2500
Baltimore, MD 21202-1633
Tel: (410) 962-1030
Fax: (410) 385-0869
Emails: ehill@browngold.com
nkl@browngold.com
lkelleher@browngold.com

Frederick P. Nisen (SBN 184089)
Karie Lew (SBN 234666)
**DISABILITY RIGHTS CALIFORNIA**
1831 K Street
Sacramento, CA 95811-4114
Tel: (916) 504-5800
Fax: (916) 504-5801
Emails: fred.nisen@disabilityrightsca.org
karie.lew@disabilityrightsca.org

Attorneys for Plaintiffs (continued on next page)
***Admitted *Pro Hac Vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

CALIFORNIA COUNCIL OF THE BLIND, NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, CHRISTOPHER GRAY, RUSSELL RAWLINGS, and VITA ZAVOLI,

Plaintiffs,

v.

SHIRLEY N. WEBER, in her official capacity as California Secretary of State,

Defendant.

Case No. 3:24-cv-01447

**DECLARATION OF CHRISTOPHER GRAY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Action Filed: March 8, 2024
Hearing: May 20, 2024 at 9:30am

Melinda Bird (SBN 102236)
**DISABILITY RIGHTS CALIFORNIA**
350 S Bixel Street, Suite 290
Los Angeles, CA 90017-1418
Tel: (213) 213-8105
Fax: (213) 213-8001
Email: melinda.bird@disabilityrightsca.org

Andrea Rodriguez (SBN 290169)
Paul R. Spencer (SBN 292767)
**DISABILITY RIGHTS CALIFORNIA**
530 B Street, Suite 400
San Diego, CA 92101-4426
Tel: (619) 239-7861
Fax: (619) 239-7906
Emails: andrea.rodriguez@disabilityrightsca.org
paul.spencer@disabilityrightsca.org

Attorneys for Plaintiffs (continued from previous page)

**DECLARATION OF CHRISTOPHER GRAY**

I, Christopher Gray, declare as follows:

1. I am over 18 years of age and am competent to make this declaration.
2. I reside in San Francisco County, California.
3. I am registered to vote in California.
4. I am totally blind.
5. I first became a member of California Council of the Blind ("CCB"), an organization that advocates for California's blind community, in 1983. I later left the organization when I moved out of state, but I rejoined the organization when I moved back to California a few years ago. In the past, I served as the CCB treasurer for 8 years and as a first vice president for 4 years. I am also a member of the American Council of the Blind, which I joined 52 years ago.
6. In my daily life, I am an active user of assistive technology, which allows me to independently accomplish a wide variety of tasks. Specifically, the assistive technology I use includes a Brailliant Braille display, BrailleNote tablet with Braille display and onboard speech, NonVisual Data Access ("NVDA") screenreader, and Blindshell Classic 2 cellphone. I use this assistive technology to operate my business, to email friends and family, to shop online, to stay connected online with communities I am part of, and to conduct a variety of other tasks including advocacy work with CCB and the American Council of the Blind.
7. In my professional work, I have used my assistive technology in conjunction with an electronic facsimile program that I subscribe to for the purpose of sending electronic faxes. It is easy for me to send an electronic fax independently, so long as the document I am faxing is an accessible PDF or other type of accessible document. As such, I could easily cast my ballot to vote by e-fax, if it were an option.
8. Because of my vision disability, print documents are not accessible to me. I cannot see a paper ballot or election materials at all, cannot mark my selections on a paper ballot, or

identify the proper location for a signature on a paper ballot without assistance. As such, I cannot fill out a paper ballot privately and independently.

9. Further, even with sighted assistance to identify where a signature should be placed, signing a ballot envelope is difficult for me because I cannot see letters as I handwrite them and follow along closely with the signature line, which may yield a signature inconsistent with that on my government issued identification. When I prepare and sign contracts for my work, I do so entirely on a computer, which includes providing a typed signature in lieu of a written one because of the difficulties I face when trying to sign printed materials. When I cast a ballot, I would prefer to instead use my assistive technology to add my electronic signature to an accessible digital document or through similar means, as I do with my work contracts.

10. In the November 2022 statewide election, I wished to use the Remote Accessible Vote-by-Mail ("RAVBM") system to cast my ballot. I would have been able to receive, read, and mark my vote-by-mail ballot electronically using my own assistive technology, including a computer with a screen reader and a Braille display. However, because I am blind, I would not have been able to print my ballot, review my selections, and return a RAVBM ballot without assistance. I decided to cast my ballot using a paper vote-by-mail ballot that my county had mailed to me since it was functionally as private and independent of a process as it would have been if I had to print and return an RAVBM ballot. I took time off of work to ensure I voted at a time which worked for my paid assistant. That assistant marked my selections on my ballot for me, checked to make sure the selections were what I intended, and handled my paper ballot and return envelope for me. Though I trusted my reader, I could not independently confirm they accurately marked my ballot and mailed it on my behalf.

11. During the March 2024 primary election, I voted in person at my local polling place with use of an accessible polling machine. I chose to vote in person because the person who has served as my paid assistant in the past was sick for a period of nearly one month and

could not assist me with marking, signing, and mailing a paper ballot. Instead, I rearranged my work schedule, so that I was able to vote in person. Once I was at the accessible voting machine, it took about 45 minutes to cast my ballot because the accessible machines work slowly, and I had to doublecheck that my ballot choices were accurate. I wish that I was able to vote privately at home through accessible means, like those without print disabilities are already able to.

12. These experiences voting have left me feeling disheartened and disempowered by the lack of an accessible and confidential method of voting by mail, which is already afforded to individuals in my state who do not have print disabilities. Due to the lack of an accessible method of returning ballots by mail, I must plan ahead for the time and expense required to have a paid assistant prepare and submit my mail-in ballot on my behalf. More significantly, because of the lack of an accessible method of returning my ballot by mail, when I vote I must forgo my right to vote confidentially and privately.

13. Despite the frustrations I have faced when voting, I have voted in almost every election since I moved back to California a few years ago and I fully intend to vote in the November 5, 2024, Presidential Election, and future federal, state, and local elections.

14. Moreover, I would be able to independently and privately mark and submit a ballot on my own computer or another device if a RAVBM system with electronic ballot return, such as e-fax and an accessible way to submit an electronic signature, were made available, since I have the necessary equipment to receive, mark, and submit a ballot electronically. In the long term, I would prefer to have a dedicated portal to submit my ballot electronically, but for November 2024, I would like to be able to return my ballot by fax since that doesn’t require handling a print document and therefore would allow me to vote more privately and independently than I may do so now.

15. Ultimately, I want to vote in a private and independent manner just as voters without print disabilities are able to do in my state. I will be able to do so only if alternative accessible options for returning a vote-by-mail ballot are available to me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signature: DocuSigned by: Christopher Gray
72109F8C97AC4C0...
Christopher Gray
San Francisco, California

Date: 4/3/2024