1  ROB BONTA
   Attorney General of California
2  MARK BECKINGTON
   Supervising Deputy Attorney General
3  JANE E. REILLEY
   Deputy Attorney General
4  NICHOLAS R. GREEN
   Deputy Attorney General
5  State Bar No. 323959
    455 Golden Gate Avenue, Suite 11000
6    San Francisco, CA  94102-7004
    Telephone:  (415) 510-4400
7   Fax:  (415) 703-5480
    E-mail:  Nicholas.Green@doj.ca.gov
8  *Attorneys for Defendant*
   *California Secretary of State*
9  *Shirley N. Weber, Ph.D.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CALIFORNIA COUNCIL OF THE BLIND, ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**SHIRLEY N. WEBER, PH.D.,**<br><br>Defendant. | 3:24-cv-01447-SK<br><br>**DECLARATION OF LUPE VILLA**<br><br>Date:         June 17, 2024<br>Time:        9:30 a.m.<br>Judge:       The Honorable Sallie Kim<br>Trial Date:  Not Set<br>Action Filed: March 8, 2024 |

I, Lupe Villa, declare as follows:

1. Since July of 2019, I have held the position of Registrar of Voters for Kings County.

2. As the chief elections officer for Kings County, I have personal knowledge of the facts contained in this Declaration, and I could and would competently testify to these facts if called as a witness.

3. I understand that the Plaintiffs in this case have asked the Court for an order making electronic fax available for the coming November 5, 2024 presidential general election.

4. The Kings County elections office does not have a fax machine that connects to the internet and does not use electronic fax for any purpose. Kings County does not authorize UOCAVA voters (i.e., voters who are serving abroad in the military or living overseas) to return their completed ballots or remote accessible vote by mail (RAVBM) paper cast vote records via electronic fax.

5. If Kings County were required to begin accepting paper cast vote records by electronic fax in time for the November 2024 election, I am concerned about our office's ability to comply with that requirement. I am unsure how electronic fax would be implemented to collect UOCAVA ballots or the resources it might require. And because Kings County does not currently have electronic fax technology or any protocols in place with respect to such technology, I have concerns about our ability to safely and securely implement this technology before the November 2024 election.

6. In addition, allowing electronic fax voting would require our office to duplicate all voter choices that we would receive through electronic fax onto an official ballot. Ballot duplication is very labor-intensive process—particularly in elections where there are larger ballots with more contests, as we expect will be the case for the November 2024 election—because it requires at least two elections workers to copy a voter's selections onto an official ballot by hand. As a result, any increase in ballot duplication as a result of electronic fax voting would result in a substantial burden to our county's elections office, in the form of pulling our staff away from their other duties and potentially requiring us to pay overtime.

7.  My office also has substantial concerns about voters using electronic signatures to verify their identities. First, it is our office's understanding that California law does not authorize voters to sign their ballot return envelopes electronically; rather, based on our analysis of the Elections Code, we understand California law to require voters to sign their ballot return envelopes by hand. Second, our office views electronic signatures as risky because there is no way for our office to tell whether or not the person who attached a voter's purported electronic signature onto a ballot return envelope is, in fact, the person who is authorized to cast that ballot. In other words, we are concerned that some third party could gain access to a stored digital signature and use it to easily forge the name of the voter who is actually lawfully entitled to cast the ballot.

8.  Moreover, Kings County does not allow voters to submit an electronic signature to cure any issues with their handwritten ballot return envelope signature. Instead, a Kings County voter who needs to cure their signature must submit a cure form that includes their handwritten signature.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration is executed on May 28, 2024, at Hanford, California.

*/s/ Lupe Villa*
Lupe Villa

**Local Rule 5-1(i) Attestation**

I, Nicholas R. Green, the attorney whose ECF credentials are used in connection with this filing, attest that each of the other Signatories have concurred in the filing of the document.

*/s/ Nicholas R. Green*