1  ROB BONTA
   Attorney General of California
2  ANYA M. BINSACCA
   Supervising Deputy Attorney General
3  MARIA F. BUXTON
   JANE E. REILLEY
4  Deputy Attorney General
   State Bar No. 314766
5   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
6   Telephone:  (415) 510-3879
    Fax:  (415) 703-5480
7   E-mail:  Jane.Reilley@doj.ca.gov
   *Attorneys for Defendant California Secretary of*
8  *State Shirley N. Weber, Ph.D.*

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

| | |
|---|---|
| **CALIFORNIA COUNCIL OF THE BLIND, ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**SHIRLEY N. WEBER, PH.D.,**<br><br>Defendant. | 3:24-cv-01447-SK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT AND PRETRIAL ORDER**<br><br>Judge:  The Honorable Sallie Kim<br>Trial Date:  December 8, 2026<br>Action Filed: March 8, 2024 |

20

21          Pursuant to Civil Local Rule 6-2, Plaintiffs California Council of the Blind, National

22  Federation of the Blind of California, Christopher Gray, Russell Dawson Rawlings, and Vita

23  Zavoli (collectively, "Plaintiffs") and Defendant California Secretary of State Shirley N. Weber,

24  Ph.D. ("Defendant") hereby agree and stipulate, subject to the Court's approval, as follows:

25          WHEREAS, on December 2, 2024, the Court entered a Case Management and Pretrial

26  Order setting forth the case management deadlines applicable to this matter (ECF No. 84);

27          WHEREAS, on December 4, 2024, the Court *sua sponte* entered an Amended Case

28  Management and Pretrial Order (ECF No. 88), which corrected a typographical error but did not

                                                1

modify any of the case management deadlines set forth in its original Order;

WHEREAS, on June 18, 2025, the Court granted the parties' stipulation to alter the case schedule, thereby modifying the case management deadlines applicable to this matter (ECF No. 106);

WHEREAS, the Court's June 18, 2025 order (ECF No. 106) is the only time modification that has previously been made in this case, whether by stipulation or Court order;

WHEREAS, on August 14, 2025—approximately two months after the Court granted the parties' stipulation to alter the case schedule—California Governor Gavin Newsom announced that California will hold a special election on November 4, 2025 to vote on Proposition 50;

WHEREAS, the current non-expert discovery deadline falls on October 31, 2025, which is three business days before the November 4, 2025 special election;

WHEREAS, as a result of the unforeseen setting of the November 4, 2025 special election, Defendant has been required, and will continue to be required, to divert substantial resources—including, but not limited to, the time and efforts of her designated document custodians and 30(b)(6) deponents in this matter—to preparing for and conducting the November 4, 2025 special election;

WHEREAS, on August 7, 2025, Plaintiffs filed their Second Amended Complaint, which adds class allegations against Defendant;

WHEREAS, Plaintiffs' motion for class certification is forthcoming;

WHEREAS, in the event the Court grants Plaintiffs' motion for class certification, the parties anticipate that they will need to conduct additional discovery related to Plaintiffs' class allegations;

WHEREAS, despite the parties' diligence, substantial fact discovery remains to be completed, including the completion of the parties' document productions, depositions of Defendant's custodians and 30(b)(6) witnesses, depositions of Plaintiffs, third-party depositions and subpoenas for production of documents, and any additional discovery that may become necessary if the Court grants Plaintiffs' motion for class certification;

WHEREAS, given the November 4, 2025 special election and Plaintiffs' forthcoming

1  motion for class certification, the parties are in agreement that it is impracticable to complete fact
2  discovery in this matter by the current October 31, 2025 deadline;
3       WHEREAS, the parties agree that, based on the circumstances set forth herein, there is
4  good cause to amend the existing case management and pretrial order to continue the previously
5  scheduled discovery and pretrial deadlines, and have jointly prepared a new schedule of proposed
6  dates; and
7       WHEREAS, the new schedule of proposed dates would not alter the October 30, 2026
8  pretrial conference date or the December 8, 2026 trial date in this matter;
9       THEREFORE, Plaintiffs and Defendant hereby respectfully request that the Court revise
10 the dates and deadlines set forth in the operative Order on Stipulation to Revise Case Schedule
11 (ECF No. 106) in accordance with the below proposed schedule, subject to the Court's
12 availability:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Non-Expert Discovery Deadline | October 31, 2025 | **January 30, 2026** |
| Initial Expert Disclosure Deadline | November 3, 2025 | **February 2, 2026** |
| Rebuttal Expert Disclosure Deadline | December 1, 2025 | **March 2, 2026** |
| Expert Discovery Deadline | January 15, 2026 | **April 16, 2026** |
| Deadline to File Opening Motion for Summary Judgment | February 16, 2026 | **May 18, 2026** |
| Deadline to file Opposition to Motion for Summary Judgment and Cross-Motion for Summary Judgment | March 10, 2026 | **June 9, 2026** |
| Deadline to File Reply to Motion for Summary Judgment and Opposition to Cross-Motion for Summary Judgment | March 24, 2026 | **June 23, 2026** |
| Deadline to File Reply in Support of Cross-Motion for Summary Judgment | March 31, 2026 | **June 30, 2026** |
| Last Day to Hear Dispositive Motions | May 4, 2026 | **August 3, 2026** |
| Pretrial Conference | October 30, 2026 | October 30, 2026 (no change) |
| Trial | December 8, 2026 | December 8, 2026 (no change) |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

| | | |
|---|---|---|
| 1 | Dated: October 7, 2025 | Respectfully submitted, |
| 2 | | ROB BONTA |
| | | Attorney General of California |
| 3 | | ANYA M. BINSACCA |
| | | Supervising Deputy Attorney General |
| 4 | | MARIA F. BUXTON |
| | | JANE E. REILLEY |
| 5 | | Deputy Attorneys General |
| 6 | | */s/ Jane Reilley* |
| | | JANE E. REILLEY |
| 7 | | Deputy Attorney General |
| | | *Attorneys for Defendant California Secretary* |
| 8 | | *of State Shirley N. Weber, Ph.D.* |

10  Dated: October 7, 2025                    Respectfully submitted,

11  EVE HILL                                  Michael Nunez
    NEEL LALCHANDANI                          SEAN BETOULIERE
12  LAUREN J. KELLEHER                        SHAWNA L. PARKS
    **BROWN GOLDSTEIN & LEVY LLP**            **DISABILITY RIGHTS ADVOCATES**

                                              FREDERICK P. NISEN
14                                            KARIE LEW
                                              PAUL R. SPENCER
15                                            KENDRA J. MULLER
                                              DESIREE ROBEDEAUX
16                                            **DISABILITY RIGHTS CALIFORNIA**

18                                            */s/ Michael Nunez*
                                              MICHAEL NUNEZ
                                              *Attorneys for Plaintiffs California Council of*
19                                            *the Blind, National Federation of the Blind*
                                              *of California, Christopher Gray, Russell*
20                                            *Dawson Rawlings, and Vita Zavoli*

4

# [PROPOSED] ORDER

Having reviewed the foregoing Stipulation, and finding good cause therefor, the Court hereby orders that the case schedule in this matter, as set forth in the Court's Order on Stipulation to Alter Case Schedule (ECF No. 106), is hereby amended as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Non-Expert Discovery Deadline | October 31, 2025 | **January 30, 2026** |
| Initial Expert Disclosure Deadline | November 3, 2025 | **February 2, 2026** |
| Rebuttal Expert Disclosure Deadline | December 1, 2025 | **March 2, 2026** |
| Expert Discovery Deadline | January 15, 2026 | **April 16, 2026** |
| Deadline to File Opening Motion for Summary Judgment | February 16, 2026 | **May 18, 2026** |
| Deadline to file Opposition to Motion for Summary Judgment and Cross-Motion for Summary Judgment | March 10, 2026 | **June 9, 2026** |
| Deadline to File Reply in Support of Motion for Summary Judgment and Opposition to Cross-Motion for Summary Judgment | March 24, 2026 | **June 23, 2026** |
| Deadline to File Reply in Support of Cross-Motion for Summary Judgment | March 31, 2026 | **June 30, 2026** |
| Last Day to Hear Dispositive Motions | May 4, 2026 | **August 3, 2026** |
| Pretrial Conference | October 30, 2026 | October 30, 2026 (no change) |
| Trial | December 8, 2026 | December 8, 2026 (no change) |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

HON. SALLIE KIM
UNITED STATES MAGISTRATE JUDGE

**Local Rule 5-1(i) Attestation**

I, Jane Reilley, the attorney whose ECF credentials are used in connection with this filing, attest that each of the other Signatories have concurred in the filing of the document.

*/s/ Jane Reilley*

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | *California Council of the Blind, et al. v. Shirley N. Weber* | Case No. | **3:24-cv-01447-SK** |

I hereby certify that on <u>October 7, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT AND PRETRIAL ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>October 7, 2025</u>, at San Francisco, California.

| M. Mendiola | *M. Mendiola* |
|---|---|
| Declarant | Signature |

SA2024301128
44823827.docx