Frederick P. Nisen (SBN 184089)
Charlotte Lanvers (SBN 257814)
Desiree Robedeaux (SBN 360254)
**DISABILITY RIGHTS CALIFORNIA**
3075 Adeline St. #205
Berkeley, CA 94703-2578
Tel: (916) 504-5800
Fax: (916) 504-5801
Emails: fred.nisen@disabilityrightsca.org
　　　　charlotte.lanvers@disabilityrightsca.org
　　　　desiree.robedeaux@disabilityrightsca.org

Sean Betouliere (SBN 308645)
Shawna L. Parks (SBN 208301)
Michael Nunez (SBN 280535)
**DISABILITY RIGHTS ADVOCATES**
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Tel: (510) 665-8644
Fax: (510) 665-8511
Emails: sbetouliere@dralegal.org
　　　　sparks@dralegal.org
　　　　mnunez@dralegal.org

*Attorneys for Plaintiffs* (continued on next page)

# THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA COUNCIL OF THE BLIND, NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, CHRISTOPHER GRAY, RUSSELL DAWSON RAWLINGS, and VITA ZAVOLI,<br><br>　　　　　　　　　　　Plaintiffs,<br>　v.<br><br>SHIRLEY N. WEBER, PH.D., in her official capacity as California Secretary of State,<br><br>　　　　　　　　　　　Defendant. | **CLASS ACTION**<br><br>**Case No. 3:24-cv-01447-SK**<br><br>**JOINT STIPULATION AND ORDER TO AMEND CASE MANAGEMENT AND PRETRIAL ORDER**<br><br>Judge: Hon. Sallie Kim |

---

*Cal. Council of the Blind v. Weber*, Case No. 3:24-cv-01447-SK
Joint Stipulation and Order to Amend Case Management and Pretrial Order

Karie Lew (SBN 234666)
**DISABILITY RIGHTS CALIFORNIA**
1831 K Street
Sacramento, CA 95811-4114
Tel: (916) 504-5800
Fax: (916) 504-5801
Email: karie.lew@disabilityrightsca.org

Paul R. Spencer (SBN 292767)
Kendra J. Muller (SBN 345689)
**DISABILITY RIGHTS CALIFORNIA**
530 B Street, Suite 400
San Diego, CA 92101-4426
Tel: (619) 239-7861
Fax: (619) 239-7906
Emails: paul.spencer@disabilityrightsca.org
         kendra.muller@disabilityrightsca.org

Eve Hill (SBN 202178)
Neel Lalchandani (SBN 310480)
Lauren J. Kelleher (*Pro Hac Vice*)
**BROWN, GOLDSTEIN & LEVY LLP**
120 East Baltimore Street, Suite 2500
Baltimore, MD 21202-1633
Tel: (410) 962-1030
Fax: (410) 385-0869
Emails: ehill@browngold.com
         nkl@browngold.com
         lkelleher@browngold.com

*Attorneys for Plaintiffs* (continued from previous page)

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs California Council of the Blind, National Federation of the Blind of California, Christopher Gray, Russell Dawson Rawlings, and Vita Zavoli (collectively, "Plaintiffs") and Defendant California Secretary of State Shirley N. Weber, Ph.D. ("Defendant") hereby agree and stipulate, subject to the Court's approval, as follows:

WHEREAS, the parties paused discovery for two months to conserve their and the Court's resources during the pendency of the successful negotiations over the Joint Stipulation and Order Regarding Secretary of State Weber's Affirmative Defenses and Related Discovery (ECF No. 120) because the parties expected that it would narrow and significantly reshape the scope of discovery in this Action going forward;

WHEREAS, on November 17, 2025, the parties filed, and the Court ordered, the Joint Stipulation and Order Regarding Secretary of State Weber's Affirmative Defenses and Related Discovery (ECF No. 121);

WHEREAS, despite the parties' diligence, substantial fact discovery remains to be completed, including the completion of the parties' document productions, a Federal Rule of Civil Procedure 30(b)(6) deposition of Defendant, other depositions, and propounding and responding to additional discovery requests, and the parties need additional time to complete this fact discovery;

WHEREAS, on December 2, 2024, the Court entered a Case Management and Pretrial Order setting forth the case management deadlines applicable to this matter (ECF No. 84) and on December 4, 2024, the Court *sua sponte* entered an Amended Case Management and Pretrial Order (ECF No. 88), which corrected a typographical error but did not modify any of the case management deadlines set forth in its original Order;

WHEREAS, the parties have twice stipulated to, and the Court has twice ordered, modifications to the litigation schedule, first on June 18, 2025 (ECF No. 106) and again on October 14, 2025 (ECF No. 117);

WHEREAS, the parties agree that, based on the circumstances set forth herein, there is good cause as required by Federal Rule of Civil Procedure 16(b)(4) to amend the existing case management and pretrial order to continue the previously scheduled discovery and pretrial deadlines, and have jointly prepared a new schedule of proposed dates; and

WHEREAS, the parties' proposed new schedule herein would not alter the October 30, 2026 pretrial conference date or the December 8, 2026 trial date in this matter and is only a modest four-week extension of the pretrial litigation schedule;

THEREFORE, Plaintiffs and Defendant hereby respectfully request that the Court revise the dates and deadlines set forth in the operative Order on the Joint Stipulation to Amend Case Management and Pretrial Order (ECF No. 117) in accordance with the below proposed schedule, subject to the Court's availability:

| **Event** | **Current Date** | **Proposed New Date** |
|---|---|---|
| Non-Expert Discovery Deadline | January 30, 2026 | **February 27, 2026** |
| Initial Expert Disclosure Deadline | February 2, 2026 | **March 2, 2026** |
| Rebuttal Expert Disclosure Deadline | March 2, 2026 | **March 30, 2026** |
| Expert Discovery Deadline | April 16, 2026 | **May 14, 2026** |
| Deadline to File Opening Motion for Summary Judgment | May 18, 2026 | **June 15, 2026** |
| Deadline to file Opposition to Motion for Summary Judgment and Cross-Motion for Summary Judgment | June 9, 2026 | **July 7, 2026** |
| Deadline to File Reply to Motion for Summary Judgment and Opposition to Cross-Motion for Summary Judgment | June 23, 2026 | **July 21, 2026** |
| Deadline to File Reply in Support of Cross-Motion for Summary Judgment | June 30, 2026 | **July 28, 2026** |
| Last Day to Hear Dispositive Motions | August 3, 2026 | **August 31, 2026** |
| Pretrial Conference | October 30, 2026 | October 30, 2026 (no change) |
| Trial | December 8, 2026 | December 8, 2026 (no change) |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  November 24, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
MARIA F. BUXTON
JANE E. REILLEY
Deputy Attorneys General

*/s/ Jane Reilley*
JANE E. REILLEY
Deputy Attorney General
*Attorneys for Defendant California Secretary of State Shirley N. Weber, Ph.D.*

Dated: November 24, 2025

Respectfully submitted,

EVE HILL
NEEL LALCHANDANI
LAUREN J. KELLEHER
**BROWN GOLDSTEIN & LEVY LLP**

MICHAEL NUNEZ
SEAN BETOULIERE
SHAWNA L. PARKS
**DISABILITY RIGHTS ADVOCATES**

FREDERICK P. NISEN
KARIE LEW
PAUL R. SPENCER
CHARLOTTE LANVERS
KENDRA J. MULLER
DESIREE ROBEDEAUX
**DISABILITY RIGHTS CALIFORNIA**

*/s/Michael Nunez*
MICHAEL NUNEZ
*Attorneys for Plaintiffs California Council of the Blind, National Federation of the Blind of California, Christopher Gray, Russell Dawson Rawlings, and Vita Zavoli*

---

*Cal. Council of the Blind v. Weber*, Case No. 3:24-cv-01447-SK
Joint Stipulation and Order to Amend Case Management and Pretrial Order

3

# ORDER

Having reviewed the foregoing Stipulation, and finding good cause therefor, the Court hereby orders that the case schedule in this matter, as set forth in the Court's Order on the Joint Stipulation to Amend Case Management and Pretrial Order (ECF No. 117), is hereby amended as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Non-Expert Discovery Deadline | January 30, 2026 | **February 27, 2026** |
| Initial Expert Disclosure Deadline | February 2, 2026 | **March 2, 2026** |
| Rebuttal Expert Disclosure Deadline | March 2, 2026 | **March 30, 2026** |
| Expert Discovery Deadline | April 16, 2026 | **May 14, 2026** |
| Deadline to File Opening Motion for Summary Judgment | May 18, 2026 | **June 15, 2026** |
| Deadline to file Opposition to Motion for Summary Judgment and Cross-Motion for Summary Judgment | June 9, 2026 | **July 7, 2026** |
| Deadline to File Reply in Support of Motion for Summary Judgment and Opposition to Cross-Motion for Summary Judgment | June 23, 2026 | **July 21, 2026** |
| Deadline to File Reply in Support of Cross-Motion for Summary Judgment | June 30, 2026 | **July 28, 2026** |
| Last Day to Hear Dispositive Motions | August 3, 2026 | **August 31, 2026** |
| Pretrial Conference | October 30, 2026 | October 30, 2026 (no change) |
| Trial | December 8, 2026 | December 8, 2026 (no change) |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 1, 2025

_Sallie Kim_
HON. SALLIE KIM
UNITED STATES MAGISTRATE JUDGE

*Cal. Council of the Blind v. Weber*, Case No. 3:24-cv-01447-SK
Joint Stipulation and Order to Amend Case Management and Pretrial Order

4

**Local Rule 5-1(i) Attestation**

I, Michael Nunez, the attorney whose ECF credentials are used in connection with this filing, attest that each of the other Signatories have concurred in the filing of the document.

                                                  */s/ Michael Nunez*