Frederick P. Nisen (SBN 184089)
Charlotte Lanvers (SBN 257814)
Desiree Robedeaux (SBN 360254)
**DISABILITY RIGHTS CALIFORNIA**
3075 Adeline St. #205
Berkeley, CA 94703-2578
Tel: (916) 504-5800
Fax: (916) 504-5801
Emails: fred.nisen@disabilityrightsca.org
    charlotte.lanvers@disabilityrightsca.org
    desiree.robedeaux@disabilityrightsca.org

Sean Betouliere (SBN 308645)
Shawna L. Parks (SBN 208301)
Michael Nunez (SBN 280535)
**DISABILITY RIGHTS ADVOCATES**
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Tel: (510) 665-8644
Fax: (510) 665-8511
Emails: sbetouliere@dralegal.org
    sparks@dralegal.org
    mnunez@dralegal.org

*Attorneys for Plaintiffs* (continued on next page)

**THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CALIFORNIA COUNCIL OF THE BLIND, NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, CHRISTOPHER GRAY, RUSSELL DAWSON RAWLINGS, and VITA ZAVOLI,<br><br>                          Plaintiffs,<br>v.<br><br>SHIRLEY N. WEBER, PH.D., in her official capacity as California Secretary of State,<br><br>                          Defendant. | **CLASS ACTION**<br><br>Case No. 3:24-cv-01447-SK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT AND PRETRIAL ORDER**<br><br>Judge: Hon. Sallie Kim |

*Cal. Council of the Blind v. Weber*, Case No. 3:24-cv-01447-SK
Joint Stipulation and [Proposed] Order to Amend Case Management and Pretrial Order

Karie Lew (SBN 234666)
**DISABILITY RIGHTS CALIFORNIA**
1831 K Street
Sacramento, CA 95811-4114
Tel: (916) 504-5800
Fax: (916) 504-5801
Email: karie.lew@disabilityrightsca.org

Paul R. Spencer (SBN 292767)
Kendra J. Muller (SBN 345689)
**DISABILITY RIGHTS CALIFORNIA**
530 B Street, Suite 400
San Diego, CA 92101-4426
Tel: (619) 239-7861
Fax: (619) 239-7906
Emails: paul.spencer@disabilityrightsca.org
        kendra.muller@disabilityrightsca.org

Eve Hill (SBN 202178)
Neel Lalchandani (SBN 310480)
Lauren J. Kelleher (*Pro Hac Vice*)
**BROWN, GOLDSTEIN & LEVY LLP**
120 East Baltimore Street, Suite 2500
Baltimore, MD 21202-1633
Tel: (410) 962-1030
Fax: (410) 385-0869
Emails: ehill@browngold.com
        nkl@browngold.com
        lkelleher@browngold.com

Raika Kim (*Pro Hac Vice*)
**DISABILITY RIGHTS ADVOCATES**
300 S Wacker Dr., FL. 32
Chicago, IL 60606-6680
Tel: (312) 292-9868
Fax: (212) 644-8636
Email: rkim@dralegal.org

*Attorneys for Plaintiffs* (continued from previous page)

1  Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs California Council of the Blind, National Federation of the Blind of California, Christopher Gray, Russell Dawson Rawlings, and Vita Zavoli (collectively, "Plaintiffs") and Defendant California Secretary of State Shirley N. Weber, Ph.D. ("Defendant") hereby agree and stipulate, subject to the Court's approval, as follows:

WHEREAS, the current deadline to produce initial expert disclosures is March 2, 2026, ECF No. 129 at 6;

WHEREAS, Plaintiffs intend to meet and confer with Defendant regarding alleged deficiencies that Plaintiffs have identified in Defendant's discovery responses, and the parties do not anticipate that these meet and confer efforts will conclude before March 2, 2026;

WHEREAS, Plaintiffs conducted the deposition of one of Defendant's 30(b)(6) designee, Nakesha Robinson, on February 19, 2026, the parties have not yet received the transcript from that deposition, and Plaintiffs' expert has not yet reviewed it;

WHEREAS, on December 2, 2024, the Court entered a Case Management and Pretrial Order setting forth the case management deadlines applicable to this matter (ECF No. 84) and on December 4, 2024, the Court *sua sponte* entered an Amended Case Management and Pretrial Order (ECF No. 88), which corrected a typographical error but did not modify any of the case management deadlines set forth in its original Order;

WHEREAS, the parties have thrice stipulated to, and the Court has thrice ordered, modifications to the litigation schedule, first on June 18, 2025 (ECF No. 106), again on October 14, 2025 (ECF No. 117), and a third time on December 1, 2025 (ECF No. 129);

WHEREAS, the parties agree that, based on the circumstances set forth herein, there is good cause as required by Federal Rule of Civil Procedure 16(b)(4) to amend the existing case management and pretrial order to continue the previously scheduled expert disclosure deadlines, and have jointly prepared new expert disclosure deadlines; and

WHEREAS, the parties' proposed new schedule herein would not alter the close of expert discovery on May 14, 2026, the October 30, 2026 pretrial conference date or the

December 8, 2026 trial date in this matter and is only a modest two-week extension of the expert disclosure deadlines;

THEREFORE, Plaintiffs and Defendant hereby respectfully request that the Court revise the dates and deadlines set forth in the operative Order on the Joint Stipulation to Amend Case Management and Pretrial Order (ECF No. 129) in accordance with the below proposed schedule:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Initial Expert Disclosure Deadline | March 2, 2026 | **March 16, 2026** |
| Rebuttal Expert Disclosure Deadline | March 30, 2026 | **April 13, 2026** |
| Expert Discovery Deadline | May 14, 2026 | **May 14, 2026** |

The parties agree that, aside from the changes set forth above, the litigation schedule should remain unchanged.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

| | |
|---|---|
| Dated: February 25, 2026 | Respectfully submitted,<br><br>ROB BONTA<br>Attorney General of California<br>ANYA M. BINSACCA<br>Supervising Deputy Attorney General<br>JANE E. REILLEY<br>KIANA HEROLD<br>Deputy Attorneys General<br><br>*/s/ Jane E. Reilley*<br>JANE E. REILLEY<br>Deputy Attorney General<br>*Attorneys for Defendant California Secretary of State Shirley N. Weber, Ph.D.* |
| Dated: February 25, 2026<br><br>EVE HILL<br>NEEL LALCHANDANI<br>LAUREN J. KELLEHER<br>**BROWN GOLDSTEIN & LEVY LLP** | Respectfully submitted,<br><br>MICHAEL NUNEZ<br>SEAN BETOULIERE<br>SHAWNA L. PARKS<br>**DISABILITY RIGHTS ADVOCATES**<br><br>FREDERICK P. NISEN<br>KARIE LEW<br>PAUL R. SPENCER<br>KENDRA J. MULLER<br>DESIREE ROBEDEAUX<br>**DISABILITY RIGHTS CALIFORNIA**<br><br>*/s/ Michael Nunez*<br>MICHAEL NUNEZ<br>*Attorneys for Plaintiffs California Council of the Blind, National Federation of the Blind of California, Christopher Gray, Russell Dawson Rawlings, and Vita Zavoli* |

# [PROPOSED] ORDER

Having reviewed the foregoing Stipulation, and finding good cause therefor, the Court hereby orders that the case schedule in this matter, as set forth in the Court's Order on the Joint Stipulation to Amend Case Management and Pretrial Order (ECF No. 129), is hereby amended as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Initial Expert Disclosure Deadline | March 2, 2026 | **March 16, 2026** |
| Rebuttal Expert Disclosure Deadline | March 30, 2026 | **April 13, 2026** |
| Expert Discovery Deadline | May 14, 2026 | **May 14, 2026** |

Aside from the changes set forth above, the current litigation schedule shall remain unchanged.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

HON. SALLIE KIM
UNITED STATES MAGISTRATE JUDGE

**Local Rule 5-1(i) Attestation**

I, Michael Nunez, the attorney whose ECF credentials are used in connection with this filing, attest that each of the other Signatories have concurred in the filing of the document.

/s/ Michael Nunez

Dated: February 25, 2026