ROB BONTA
Attorney General of California
ANYA A. BINSACCA
Supervising Deputy Attorney General
MEGAN RICHARDS
KIANA S. HEROLD
Deputy Attorneys General
State Bar No. 349058
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102–7004
Telephone: (415) 229–0127
Fax: (415) 703–5480
E-mail: Kiana.Herold@doj.ca.gov
*Attorneys for Defendant*
*California Secretary of State*
*Shirley N. Weber, Ph.D.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CALIFORNIA COUNCIL OF THE BLIND, ET AL.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**SHIRLEY N. WEBER, PH.D.,** in her official capacity as California Secretary of State,<br><br>Defendant. | Case No. 3:24-cv-01447-SK<br><br>**STIPULATION RE EXTENDING TRIAL DATE AND PRETRIAL DEADLINES**<br><br>Judge: Hon. Sallie Kim<br>Trial Date: Dec. 8, 2026<br>Action Filed: March 8, 2024 |

**STIPULATION RE: EXTENDING TRIAL DATE AND PRETRIAL DEADLINES**

Pursuant to Civil Local Rule 7-12, Plaintiffs California Council of the Blind, National Federation of the Blind California, Christopher Gray, Russell Dawson Rawlings, and Vita Zavoli (collectively, "Plaintiffs") and Defendant California Secretary of State Shirley N. Weber, Ph.D., in her official capacity as California Secretary of State (the "Secretary"), by and through the undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on December 2, 2024, the Court entered a Case Management and Pretrial Order setting forth the pretrial deadlines applicable to this matter (ECF No. 84) and on December 4, 2024, the Court *sua sponte* entered an Amended Case Management and Pretrial Order (ECF No. 88), which corrected a typographical error but did not modify any of the deadlines set forth in its original Order;

WHEREAS, the parties have stipulated to, and the Court had ordered, modifications to the pretrial and trial date once on June 18, 2025 (ECF No. 106), with the pretrial conference currently set for October 30, 2026, and the trial date currently set for December 8, 2026;

WHEREAS, the parties cross-motions for summary judgment are currently pending before the Court (ECF Nos. 148, 151);

WHEREAS, the parties agree that there are no existing disputes of fact;

NOW, THEREFORE, it is hereby stipulated and agreed, subject to Court approval, that:

The pretrial conference will be set for the nearest available court date 60 days after the date the Court's forthcoming order on the pending cross-motions for summary judgment is filed, and the trial date will be set for the nearest available Tuesday court date six weeks after the pretrial conference. All other pretrial deadlines will correspondingly be adjusted in light of the new pretrial conference date and trial date, according to the Amended Case Management and Pretrial Order (ECF No. 88).

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: September 22, 2026

Respectfully submitted,

/s/ Kiana S. Herold
KIANA S. HEROLD
Deputy Attorney General

ROB BONTA
Attorney General of California
ANYA A. BINSACCA
Supervising Deputy Attorney General
MEGAN RICHARDS
Deputy Attorney General

*Counsel for Counsel for Defendant California Secretary of State Shirley N. Weber, Ph.D.*

Dated: September 22, 2026

Respectfully submitted,

/s/ Charlotte Lanvers
SEAN BETOULIERE
SHAWNA L. PARKS
RAIKA KIM
Disability Rights Advocates

FREDERICK P. NISEN
CHARLOTTE LANVERS
DESIREE ROBEDEAUX
Disability Rights California

EVE HILL
NEEL LALCHANDANI
LAUREN J. KELLEHER
Brown, Goldstein & Levy LLP

*Counsel for Plaintiffs California Council of the Blind, National Federation of the Blind California, Christopher Gray, Russell Rawlings, and Vita Zavoli*

**[PROPOSED] ORDER**

Having reviewed the foregoing stipulation, and finding good cause therefor, the Court hereby orders that the current pretrial deadlines and trial date are lifted, and the pretrial conference date will be set for the nearest available court date 60 days after the Court's order on the pending cross-motions for summary judgment is filed, and the trial date will be set for the nearest available Tuesday court date six weeks after the pretrial conference. All other pretrial deadlines are correspondingly adjusted in accordance with the Amended Case Management and Pretrial Order (ECF No. 88).

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ______________________

______________________________________
HON. SALLIE KIM
UNITED STATES MAGISTRATE JUDGE

**LOCAL RULE 5 ATTESTATION**

Pursuant to Civil Local Rule 5(i), I certify that I am the attorney whose ECF credentials are used in making this filing and that all signatories concur in the filing of this document.

*/s/ Kiana S. Herold*
Kiana S. Herold
Deputy Attorney General

# CERTIFICATE OF SERVICE

Case Name: ***California Council of the Blind, et al. v. Shirley N. Weber***
Case No. **3:24-cv-01447-SK**

I hereby certify that on September 22, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION RE EXTENDING TRIAL DATE AND PRETRIAL DEADLINES**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 22, 2026, at San Francisco, California.

G. Pang
Declarant

Signature

SA2024301128/45318243.docx